```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

**UNITED STATES OF AMERICA**

      **v.**                                09-CR-54-01-PB

**JERRY VITO MARINO**

**GOVERNMENT'S ASSENTED TO MOTION TO
DISMISS INFORMATION (WITHOUT PREJUDICE)**

The United States respectfully requests the Court to dismiss Information in the above-captioned case, because the defendant has decided not to plead guilty.

The defendant assents to this motion.

No memorandum of law is necessary.

                              Respectfully submitted,

                              Michael J. Gunnison
                              Acting United States Attorney

                    By:  <u>/s/ Robert M. Kinsella</u>
                            Robert M. Kinsella
                            Assistant U.S. Attorney
                            53 Pleasant St., 4th Floor
                            Concord, New Hampshire 03301
                            (603) 225-1552

Dated: May 1, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2009 I caused a copy of the foregoing to be filed electronically.

                              <u>/s/ Robert M. Kinsella</u>
                              Robert M. Kinsella, AUSA